Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2008 JUL -2 P 4: 13

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                              Crim. No. Cr. 01-41-01-JD

Ronald Greenberg

On 02/24/2006 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Ronald Greenberg be discharged from Supervised Release *effective 7/29/08*.

Respectfully submitted,

James P. Bernier
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 2nd day of July, 2008.

Honorable Joseph A. DiClerico, Jr.
U.S. District Judge